IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD WILCOX and
RICHARD D. MORRIS,
on behalf of themselves and
all others similarly situated,                                    Case No. 3:09-CV-659
                Plaintiffs,

    vs.

ALTERNATIVE ENTERTAINMENT, INC.,
                Defendant.

**NOTICE OF MOTION AND MOTION FOR CONDITIONAL CLASS
CERTIFICATION AND COURT FACILITATED NOTICE**

     PLEASE TAKE NOTICE that the above-named Plaintiffs, on behalf of themselves and all others similarly situated, by and through their attorneys, move the Court for an order granting conditional class certification and court facilitated notice. The basis for said motion is contained in Plaintiffs' Memorandum in Support of Motion for Conditional Class Certification and Court Facilitated Notice.

    Dated: May 17, 2010

              **HAWKS QUINDEL, S.C.**

              By:       */s/ William E. Parsons*
                   William E. Parsons, State Bar No. 1048594
                   Email: wparsons@hq-law.com
                   David C. Zoeller, State Bar No. 1052017
                   Email: dzoeller@hq-law.com
                   Post Office Box 2155
                   Madison, Wisconsin 53701-2155
                   Telephone: 608 257-0040

**AXLEY BRYNELSON, LLP**
Michael J. Modl, State Bar No. 1011419
Email: mmodl@axley.com
Timothy D. Edwards, State Bar No. 1036836
Email: tedwards@axley.com
Steven M. Streck, State Bar No. 1013070
Email: sstreck@axley.com
Post Office Box 1767
Madison, Wisconsin 53701-1767
Telephone: 608/257-5661
Facsimile: 608/257-5444

**GINGRAS, CATES & LUEBKE, S.C.**
Robert J. Gingras, State Bar No. 1002909
Email: gingras@gcllawyers.com
Michael J. Luebke, State Bar No. 1010307
Email: luebke@gcllawyers.com
Heath P. Straka, State Bar No. 1031351
Email: straka@gcllawyers.com
Post Office Box 1808
Madison, Wisconsin 53701-1808
Telephone: 608/833-2632
Facsimile: 608/257-5444