IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICHARD WILCOX and                                                                  ORDER
RICHARD D. MORRIS,

            Plaintiffs,

                                                            09-cv-659-bbc

   v.

ALTERNATIVE ENTERTAINMENT, INC.,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In this proposed collective action, plaintiffs have filed a motion for sanctions and a protective order, averring that the president (and co-owner) of defendant has been engaging in abusive behavior toward a named plaintiff and an opt-in plaintiff.  The court has scheduled a hearing for July 28, 2010 and ordered that any briefs the parties wish to be considered on the matter should be filed no later than noon on July 26, 2010.  Now before the court is defendant's motion for clarification regarding what the court expects at the hearing.  In particular, defendant wants to know whether the hearing is evidentiary in nature (so that witnesses should be present to testify). Defendant's motion for clarification is GRANTED.  The hearing is evidentiary.  The court scheduled a hearing because it is

1

necessary to determine the credibility of the witnesses before deciding whether sanctions are warranted. The parties are expected to make all relevant witnesses present to testify during the hearing.

Entered this 16th day of July, 2010.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge