IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD WILCOX and
RICHARD D. MORRIS,
on behalf of themselves and
all others similarly situated,

Plaintiffs,

vs.

ALTERNATIVE ENTERTAINMENT, INC.,

Defendant.

Case No. 3:09-CV-659

**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT AND JOINT STIPULATION FOR CLASS CERTIFICATION**

The parties, by and through their undersigned counsel, hereby move the Court for an order:

(1) Preliminarily approving the Settlement Agreement in this case (attached as Exhibit 1 to this Motion);

(2) An order granting the parties' joint stipulation to certify classes pursuant to Fed. R. Civ. P. 23;

(3) An order granting Plaintiffs leave to file their Third Amended Complaint; and

(4) All other relief as set forth in the parties' Proposed Order for Preliminary Approval.

For the reasons outlined in the memorandum of law filed herewith, the parties believe the Settlement Agreement provides for a fair resolution of the disputes between the parties, and respectfully request that the Court grant preliminary approval of the settlement.

Respectfully submitted this 5th day of October 2010.

| **HAWKS QUINDEL, S.C.**<br>*Attorneys for Plaintiffs* | **LIEBMANN, CONWAY,<br>OLEJNICZAK & JERRY, S.C.**<br>*Attorneys for Defendant* |
|---|---|
| By:   */s/ William E. Parsons*<br>William E. Parsons<br>Email: wparsons@hq-law.com<br>David C. Zoeller<br>Email: dzoeller@hq-law.com<br>222 W. Washington Ave., Ste. 450<br>P.O. Box 2155<br>Madison, WI 53701-2155<br>Telephone: 608/257-0040<br>Facsimile: 608/256-0236 | By:   */s/ Ross W. Townsend*<br>Ross W. Townsend<br>Email:  rwt@lcojlaw.com<br>Kurt A. Goehre<br>Email:  kag@lcojlaw.com<br>231 S. Adams St.<br>P.O. Box 23200<br>Green Bay, WI 54305-3200<br>Telephone: 920/437-0476<br>Facsimile:  920/437-2868 |
| **AXLEY BRYNELSON, LLP**<br>*Attorneys for Plaintiffs* | **SQUIRE, SANDERS &<br>DEMPSEY, LLP**<br>*Attorneys for Defendant* |
| By:   */s/ Michael J. Modl*<br>Michael J. Modl<br>Email: mmodl@axley.com<br>Timothy D. Edwards<br>Email: tedwards@axley.com<br>P.O. Box 1767<br>Madison, WI  53701-1767<br>Telephone:  608/257-5661<br>Facsimile: 608/257-5444 | By:   */s/ Jill S. Kirila*<br>Jill S. Kirila<br>Email: jkirila@ssd.com<br>2000 Huntington Center<br>41 S. High St.<br>Columbus, OH  43215<br>Telephone:  614/365-2772<br>Facsimile: 614/365-2499 |

**GINGRAS, CATES & LUEBKE**
*Attorneys for Plaintiffs*


By: */s/ Robert J. Gingras*
    Robert J. Gingras
    Email: gingras@gcllawyers.com
    Heath P. Straka
    Email: straka@gcllawyers.com
    8150 Excelsior Dr.
    Madison, WI  53717-1904
    Telephone: 608/833-2632
      Facsimile: 608/833-2874